CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
BIANCA R. PUCCI
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov
Bianca.Pucci@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE MADRIGAL-GUZMAN,<br><br>  Defendant. | Case No.: 2:20-cr-00239-JAD-EJY<br><br>**STIPULATION TO CONTINUE SENTENCE HEARING DATE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn and Bianca R. Pucci, Assistant United States Attorneys, counsel for the United States of America, and Monique N. Kirtley, counsel for Jorge Madrigal-Guzman, that the sentencing hearing date currently scheduled for May 10, 2021 at 1:30 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not object to the continuance.

2. The parties agree to the continuance.

3. Government counsel, AUSA Pucci, is set to begin a jury trial on May 3, 2021, which is anticipated to continue through at least May 11, 2021. As such, government counsel will not be able to appear for the currently scheduled sentencing hearing as scheduled.

4. The requested time is not for purposes of delay. The parties need additional time to prepare for the sentencing hearing, including time to prepare and file appropriate sentencing memoranda.

5. Additionally, denial of the continuance could result in a miscarriage of justice and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing. The additional time requested by this stipulation is made in good faith and not for purposes of delay as contemplated by Rule 32 of Federal Rules of Criminal Procedure.

6. This is the first stipulation to continue the sentencing hearing date.

DATED: April 27, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ *Monique Kirtley*
MONIQUE KIRTLEY
Assitant Federal Public Defender
Counsel for Defendant

By /s/ *Kimberly M. Frayn*
KIMBERLY M. FRAYN
BIANCA R. PUCCI
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE MADRIGAL-GUZMAN,<br><br>    Defendant. | Case No.: 2:20-cr-00239-JAD-EJY<br><br>**ORDER** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.

2. The parties agree to the continuance.

3. Government counsel, AUSA Pucci, is set to begin a jury trial on May 3, 2021, which is anticipated to continue through at least May 11, 2021. As such, government counsel will not be able to appear for the currently scheduled sentencing hearing as scheduled.

4. The requested time is not for purposes of delay. The parties need additional time to prepare for the sentencing hearing, including time to prepare and file appropriate sentencing memoranda.

5. Additionally, denial of the continuance could result in a miscarriage of justice and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing. The additional time requested by this

stipulation is made in good faith and not for purposes of delay as contemplated by Rule 32 of Federal Rules of Criminal Procedure.

6. This is the first stipulation to continue the sentencing hearing date.

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matters, currently scheduled for May 10, 2021 at 1:30 p.m., be vacated and continued to June 28, 2021, at 10:00 a.m.

DATED this 28th day of April, 2021.

_____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge